# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIPP TERRY HARPER**                                                                                          **PLAINTIFF**

V.                              NO. 4:20-cv-01117-ERE

**KILOLO KIJAKAZI, Acting Commissioner
of Social Security**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff Kipp Terry Harper, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 9th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE